UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-0330

RECEIVED

DEC - 9 2009

JOEL SCHNEIDER
U.S. Magistrate Judge

In Regard to the Matter of:

Bayside State Prison
Litigation

GEORGE ALVAREZ

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

OPINION/REPORT
OF THE
SPECIAL MASTER

\*       \*       \*       \*

THURSDAY, NOVEMBER 12, 2009

\*       \*       \*       \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

1

2

3

4

5          Transcript of proceedings in the above

6   matter taken by Theresa O. Mastroianni, Certified

7   Court Reporter, license number 30X100085700, and

8   Notary Public of the State of New Jersey at the

9   United States District Court House, One Gerry Plaza,

10  Camden, New Jersey, 08102, commencing at 3:14 PM.

11

12

13

14

15

16

17

18

19          MASTROIANNI & FORMAROLI, INC.

20       Certified Court Reporting & Videoconferencing

21             251 South White Horse Pike

22             Audubon, New Jersey 08106

23                   856-546-1100

24

25

1

2    A P P E A R A N C E S:

3

4

5          LOUGHRY & LINDSAY, ESQUIRES
           BY:  JUSTIN T. LOUGHRY, ESQUIRE
6          330 MARKET STREET
           CAMDEN, NEW JERSEY 08102
7          856-968-9201
           ATTORNEYS FOR THE PLAINTIFFS

8

9

10         ROSELLI, GRIEGEL, LOZIER & LAZZARO, PC
           BY:  MARK ROSELLI, ESQUIRE
                - and -
11         BY:  JAMES LAZZARO, ESQUIRE
                - and -
12         BY:  STEVEN GRIEGEL, ESQUIRE
           1337 STATE HIGHWAY 33
13         HAMILTON SQUARE, NEW JERSEY  08690
           609-586-2257
14         ATTORNEYS FOR THE DEFENDANTS

15

16

17

18

19

20

21

22

23

24

25

November 12, 2009

Page 4

1              JUDGE BISSELL:   I am reopening

2    proceedings in the case of George Alvarez, docket

3    number 08-0330.

4              This opinion/report is being issued

5    pursuant to the directives of the Order of Reference

6    to a Special Master and the Special Master's

7    Agreement and the guiding principles of law which

8    underlie this decision to be applied to the facts

9    upon which it is based as set forth in the jury

10   instructions in the Walker and Mejias jury charges to

11   the extent applicable to the allegations of Mr.

12   Alvarez.

13             As finalized after review under Local

14   Civil Rule 52.1, this transcript will constitute the

15   written report required under paragraph seven of the

16   Order of Reference to a Special Master.

17             Mr. Alvarez, was housed in Trailer

18   Number Three and the the SOG team was called in on

19   August 2nd, 1997, some three days after the death of

20   Officer Baker, to clear the unit for the

21   transportation of inmates to the gym.

22             Mr. Alvarez recounts three incidents of

23   assaults against him.  And although I determine, as

24   will be stated more completely hereafter, that his

25   statements with regard to the extent of his injuries

November 12, 2009

Page 5

1    are somewhat exaggerated, I do find that he has made

2    out his claim.

3              As with other cases, particularly where

4    there is contradictory evidence or the opportunity

5    for contradictory inferences as to whether something

6    happened or did not, I have scrutinized the record

7    for conduct as described in the testimony which has,

8    if you will, a ring of truth to it or a set of

9    circumstances that supports the accuracy of what is

10   described.  And I find that that's the case here.

11             The SOG units employed various

12   techniques to generate an atmosphere under which the

13   prisoners would be intimidated and, hence, more

14   readily controllable, whether in the incident

15   involved at a given time or as a means of delivering

16   a message which would be expected to endure

17   throughout the lockdown.  One of those techniques is

18   accurately described (as in the case of Mr. Alvarez),

19   as inconsistent behavior which essentially put a

20   prisoner between a rock and a hard place and led to

21   him being beaten or retribution exerted against him

22   for following first one set of orders and then

23   another.  And that's the case with Mr. Alvarez.

24             I'll try not to belabor this record

25   with lengthy quotes, but beginning at page 12 of his

November 12, 2009

Page 6

1    testimony on September 29th, 2009 with the arrival of

2    the SOG officers, he states as follows:

3                     "Answer:  Yeah, well, they was

4    hollering, and as they came through -- as they came

5    up the ramp and went through the door, that's when

6    you heard them, you heard them screaming, telling

7    everybody, put your face in the pillows, get down,

8    get down, put your face in the pillows.  Started

9    banging the night sticks on the wall and doing that

10   stomp.  It was causing a lot of confusion.  I didn't

11   know what to do.  I never experienced nothing like

12   this in my life.  So I just complied.  I just did

13   what they asked us to do.  So then they ran down --

14   when I said they ran down, the SOGs, a group of guys,

15   how many I don't know specifically, I know a bunch of

16   them ran down our trailer and started hitting on the

17   lockers and telling us to get in the beds, put your

18   face in the pillow.  And then, you know, they was

19   banging and hitting on us, get on the bed, get on the

20   bed.  If you wasn't on the bed, they would hit you

21   and force you on the bed.

22                     "Question:  Did you follow their

23   orders?

24                     "Answer:  I complied.  I complied.  I

25   was sitting on my bed when they first came down.

1    When they said put your face in the pillow and hit me

2    with the stick, I just put my face in the pillow.

3    That group of guys ran out and you could hear them

4    running down another wing of the hall and then

5    another set of officers came in and said get on the

6    floor, get on the floor, get on the floor.  And then

7    they started hitting us off the beds, pulling us off

8    the mattresses and throwing us on the floor and they

9    hit us and then they ran out.  They ran down the

10   tier.  Then the first group of guys came back, didn't

11   we tell you to get on the beds?  They continued to

12   kick us when we were on the ground.

13          "Question:  Mr. Alvarez, I have to ask

14   you -- if you can slow it down a little bit, we're

15   having a difficult time keeping up with you.  Try to

16   take it step by step.

17          At some point a group of officers

18   ordered you on the bed and head in the pillow.  Did

19   you comply?

20          "Answer:  Yes, sir.

21          "Question:  After you complied, what

22   happened with that set of officers in your unit?

23          "Answer:  I believe they walked out --

24   they ran -- they marched -- they actuall, the whole

25   time they was just marching, and they marched out of

November 12, 2009

Page 8

1    there and you could hear them marching and screaming

2    down the other wings.

3                "Question:  So when you were first

4    ordered head in the pillow, were you struck at that

5    time?

6                "Answer:  I was struck because I was

7    sitting on my bunk when they first came down the tier

8    and he struck me, told me put my face in the pillow

9    and he hit me.  And I laid down and put my face in

10   the pillow.  And he said interlock your fingers.  So

11   I was my face in the pillow with my hands interlocked

12   like this and I complied.  And then another -- I

13   would say it was either the same group, I didn't

14   know, or another group of officers came in and they

15   came in and ordered totally different directions for

16   us to do and they told us to get on the floor.  And

17   he hit -- he hit us and pulled us off the bunks --

18   like I know he hit me and grabbed me and shoved me

19   onto the ground and kicked me and said get on the

20   floor, get on the floor.  So I complied and I stood

21   on the floor with my face down on the floor and then

22   they ran down the wing.  And when they came back out,

23   the first group I'd say, I would say the first group

24   because then they came back talking about didn't we

25   tell you to put your face down in the pillows, what

November 12, 2009

Page 9

1   are you doing on the floor?  And they beat us some
2   more and told us to get on the beds."
3                   There is some elaboration beyond that.
4                   And he was then asked:  What parts of
5   his body was struck?
6                   "Answer:  I was hit all in the face.  I
7   was hit in the face.  I was hit in the ribs with the
8   night sticks.  Punched in the ribs.  I was kicked.  I
9   was kicked when I was on the ground.  I was kicked in
10  the head.  I was kicked on the floor.  I was punched
11  all about my face, all in my face.  My ribs are so
12  sore, I just remember it being so, so, so hard to
13  breathe the first night after it all happened, et
14  cetera."
15                  Once again, I find that that's
16  believable, at least to the extent of the conduct of
17  the SOG officers keeping the inmates off balance,
18  giving them inconsistent orders and then inflicting
19  punishment because of it.
20                  As I said earlier, I find that there is
21  some overstatement with regard to the extent of the
22  injuries and the extent of the assaults because of
23  the absence of visible indicia thereof at later
24  points throughout the day.  I'll deal with that in
25  the question of damages.

1          The plaintiff then testified beginning

2    at page 20 of the same transcript with regard to his

3    being brought out of his cell and the commencement of

4    the journey, if that's the word to put it, to the

5    gym.

6          Starting at page 20:

7          "Answer:  They took me after they told

8    me to get my clothes off and put the handcuffs off

9    me, put the handcuffs on me, they told me -- they

10   didn't tell me, they just shoved me.  When they

11   shoved me, I bumped into -- they shoved me into -- I

12   stumbled into the officer.  That officer proceeded to

13   hit me, told me that I tried to assault him.  And

14   when he hit me, he pushed me into another officer,

15   that officer accused me of trying to assault him and

16   he hit me some more.  And they just continued to pass

17   me down and pass me down and pass me down and to each

18   officer I got to, he proceeded to hit on me and shove

19   me.  And then I would bump into another one and he

20   said, what are you trying to assault me, too?  And he

21   continued to hit me and he passed me until I got to

22   where the door was at.  When the last officer shoved

23   me, he shoved me into the steel door.  The steel door

24   is when you go up the ramp is the door you have to

25   open there to enter the trailer."

November 12, 2009

1            I find that there is credibility in
2    that in the sense that these officers, once again,
3    looking to deliver a message and gain control of the
4    situation, would push an inmate into each other and
5    accuse him of assault and retaliate against him.  I
6    find that that occurred on this occasion.
7            He then talks about one other incident,
8    beginning at page 22, line seven.
9            "Answer:   At one point when I got to
10   the gate of Three Trailer, the officer grabbed me and
11   threw me up on the fence and started to ask me
12   questions, what gang am I in?  And I would say I'm
13   not in no gang.  And he would hit me and hit me and
14   hit me and hit me and hit me.  He hit me all up in
15   the backs of my ribs.  He was hitting me -- he was
16   just hitting me so hard up on my ribs that it felt
17   like he was giving me, like, kidney shots underneath
18   my ribs.  And he asked me if I was a cop killer, did
19   I think I was a cop killer.  And he would hit me and
20   he would shove me down.  And then the next officer
21   grabbed me and threw me up on the fence and did the
22   same thing to me, asking me if I was a King, if I was
23   a Latin King, asking me if I was a Neta.  And every
24   time I replied no, they would hit me some more.  It
25   continued all the way until it finally ended when I

November 12, 2009

Page 12

1   made it to the gym.  The beating stopped when I made

2   it to the gym."

3                   And the evidence is that he had a

4   tattoo which was the source of their inquiries as to

5   whether he was a Latin King or Neta member.  And that

6   comes out at page 70 of the transcript.  Beginning at

7   line five.

8                   "Answer:  I did say that we only left

9   with boxer shorts and shower shoes and we were

10  handcuffed, because I have a tattoo on my back

11  shoulder that has some praying hands with some

12  rosaries.  The officers that seen that tattoo were,

13  like I said, they kept asking me, am I a Latin King

14  or am I a Neta because they thought because I had a

15  tattoo of the rosaries, that they see the rosaries in

16  prison, tattoos of rosaries, they affiliated that

17  with me being involved with some kind of gang or

18  something.  They were asking me questions to the

19  extent, then why is the tattoo on your back?  Are you

20  a king?  They would hit me and they would ask me if I

21  was a cop killer and hit me."

22                   Once again, there is supporting

23  evidence to provide a ring of truth for that.  There

24  were Latin Kings in the population and these SOG

25  officers, although there only to make a transport to

November 12, 2009

1    the gym, were deciding, it seems, to undertake their

2    own bit of investigation and harassment here to

3    determine if this man would at least admit to being a

4    member of a Latin King gang, information which

5    presumably they could pass on to where it was needed.

6              So once again, although I determined

7    that the description of the extent of the beatings

8    inflicted on him is exaggerated because there were no

9    visible signs of that and no reference in ensuing

10   ombudsmen reports or otherwise to injuries of this

11   kind being visible, and particularly the alleged

12   facial beating was exaggerated because the risk of

13   such visible markings and swellings on the face would

14   certainly have brought considerable jeopardy to the

15   officers involved; nevertheless, I do find that this

16   is an accurate description of SOG conduct which I

17   find supportable given the entirety of the situation.

18             Now, I have not disregarded the

19   testimony of Officer Buganski who was on the first

20   shift, who was regularly on the first shift at

21   Trailer Number Four East.  However, on September 2nd,

22   he had pulled a shift at Trailer Number Three West.

23   He testified that he believes he would hear the

24   noises of any beatings or screamings on the wings.

25   However, as the testimony here acknowledges and as

November 12, 2009

1    has been established in other instances, a standard

2    MO of the SOG people, and there were a large number

3    of them there at the time, was to bang on things with

4    their batons and yell instructions and directions

5    repeatedly.  Accordingly, I determined here that

6    there was enough background noise or din generated by

7    the SOGs themselves so that a beating as described by

8    Mr. Alvarez in his cell could take place and that

9    Officer Buganski would not necessarily hear it.

10                   He testified that he did not see any

11   injured inmates in the course of this movement,

12   however, there is no indication or certainty that Mr.

13   Buganski saw all inmates from Trailer Number Three in

14   the course of their movement back and forth from the

15   gym.

16                   He also stated that he saw no assaults

17   on Three West on August 2nd, but that to me is not

18   conclusive of the fact that they may have occurred

19   even though he didn't see it.

20                   Once again, with Mr. Alvarez and his

21   tattoos and a desire on behalf of SOGs to extract

22   from him an admission that he was a Latin King or a

23   Netta, that this conduct took place.

24                   As far as his injuries were concerned,

25   I find that there was a pain in the ribs that was

1    intense for a few days and then lasted several weeks

2    before abating on its own.  He sought no medical

3    attention based on threats that he could become lost

4    in the system.  However, I do find that at least the

5    injuries inflicted were not so severe as to indicate

6    breakage or to require medical assistance.

7                    I find that, consistent with the facts

8    as determined here and the principles of law defining

9    the use of excessive force and with it thereby the

10   infliction of cruel and unusual punishment, the

11   actions undertaken here by the SOG officers not only,

12   in fact, occurred, but they go well beyond the

13   necessity of any proper law enforcement needs or any

14   proper exercise of discipline or other legitimate

15   penalogical purpose as well defined in those jury

16   instructions.

17                    There was indeed excessive, unnecessary

18   and sadistic force imposed upon Mr. Alvarez in each

19   of the instances that I have just described.

20   Furthermore, I determine that this is one of those

21   instances in which the imposition of punitive damages

22   is appropriate as well.

23                    I'm recommending a compensatory award

24   of $4,500.  Keeping in mind the amount of the

25   compensatory damages and realizing that an exact

November 12, 2009

Page 16

1   ratio is not required between punitive and

2   compensatory damages, although it is something that

3   can be considered, I will address that amount in a

4   moment.

5             Perhaps to repeat, there was indeed

6   excessive, unnecessary and sadistic force imposed

7   upon Mr. Alvarez within the comtemplation of the

8   legal principles that were established in a claim for

9   compensatory damages.  But I also find that the

10  actions of the SOG officers in these particular

11  circumstances were indeed motivated by evil motive or

12  intent.  They essentially made sport of Mr. Alvarez

13  here with the tactics which they employed.  Their

14  conduct can well be characterized as engaging in

15  reckless and callus indifference to his federally

16  protected right to be free of cruel and unusual

17  punishment.

18            There is, indeed, that aggravated level

19  of conduct here which in my determination supports a

20  claim for punitive damages in this matter.

21            Finally, although not every item of

22  evidence has been discussed in this opinion/report,

23  all evidence presented to the Special Master was

24  reviewed and considered.

25            I find that the injuries inflicted here

November 12, 2009

1   are actionable.  Once again, they are not as

2   extensive as the plaintiff testified, but they did,

3   indeed, take place as I previously described them.

4   They were acute initially and remained present for

5   several weeks before abating on their own.  There was

6   pain incurred by Mr. Alvarez in the time period

7   before it abated.  Accordingly, I recommend in this

8   report that the district court enter an award of

9   compensatory damages in the amount of $4,500 in Mr.

10  Alvarez's favor.

11              As for the award of punitive damages,

12  because as I've mentioned before we have here an

13  instance, frankly, of an evil motive or intent in

14  making sport of Mr. Alvarez, and certainly at the

15  very least a reckless and callus indifference to the

16  consequences of the acts of these people, I recommend

17  in this report that the district court enter an award

18  of punitive damages in the amount of $9,000 in Mr.

19  Alvarez's favor.  So to summarize, I am recommending

20  awards of $4,500 in compensatory damages and $9,000

21  in punitive damages.

22

23

24

25

```
 1                  C E R T I F I C A T E

 2

 3        I, Theresa O. Mastroianni, a Notary Public and

 4   Certified Shorthand Reporter of the State of New

 5   Jersey, do hereby certify that the foregoing is a

 6   true and accurate transcript of the testimony as

 7   taken stenographically by and before me at the time,

 8   place, and on the date hereinbefore set forth.

 9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   _____
     Theresa O. Mastroianni, C.S.R.
20   Notary Public, State of New Jersey
     My Commission Expires May 5, 2010
21   Certificate No. XIO857
     Date:  November 20, 2009
22

23

24

25
```

## A

abated 17:7
abating 15:2
  17:5
absence 9:23
accuracy 5:9
accurate 13:16
  18:6
accurately 5:18
accuse 11:5
accused 10:15
acknowledges
  13:25
action 1:2 18:11
  18:14
actionable 17:1
actions 15:11
  16:10
acts 17:16
actuall 7:24
acute 17:4
address 16:3
admission 14:22
admit 13:3
affiliated 12:16
aggravated
  16:18
Agreement 4:7
al 1:9
allegations 4:11
alleged 13:11
Alvarez 1:7 4:2
  4:12,17,22
  5:18,23 7:13
  14:8,20 15:18
  16:7,12 17:6
  17:14
Alvarez's 17:10
  17:19
amount 15:24
  16:3 17:9,18
Answer 6:3,24
  7:20,23 8:6 9:6
  10:7 11:9 12:8
applicable 4:11

applied 4:8
appropriate
  15:22
arrival 6:1
asked 6:13 9:4
  11:18
asking 11:22,23
  12:13,18
assault 10:13,15
  10:20 11:5
assaults 4:23
  9:22 14:16
assistance 15:6
atmosphere 5:12
attention 15:3
attorney 18:10
  18:12
ATTORNEYS
  3:7,14
Audubon 2:22
August 4:19
  14:17
award 15:23
  17:8,11,17
awards 17:20

## B

back 7:10 8:22
  8:24 12:10,19
  14:14
background
  14:6
backs 11:15
Baker 4:20
balance 9:17
bang 14:3
banging 6:9,19
based 4:9 15:3
batons 14:4
Bayside 1:5
beat 9:1
beaten 5:21
beating 12:1
  13:12 14:7
beatings 13:7,24
bed 6:19,20,20

6:21,25 7:18
beds 6:17 7:7,11
  9:2
beginning 5:25
  10:1 11:8 12:6
behalf 14:21
behavior 5:19
belabor 5:24
believable 9:16
believe 7:23
believes 13:23
beyond 9:3
  15:12
BISSELL 1:21
  4:1
bit 7:14 13:2
body 9:5
boxer 12:9
breakage 15:6
breathe 9:13
brought 10:3
  13:14
Buganski 13:19
  14:9,13
bump 10:19
bumped 10:11
bunch 6:15
bunk 8:7
bunks 8:17

## C

C 3:2 18:1,1
called 4:18
callus 16:15
  17:15
Camden 2:10
  3:6
case 4:2 5:10,18
  5:23
cases 5:3
causing 6:10
cell 10:3 14:8
certainly 13:14
  17:14
certainty 14:12
Certificate

18:21
Certified 2:6,20
  18:4
certify 18:5,9
cetera 9:14
characterized
  16:14
charges 4:10
circumstances
  5:9 16:11
Civil 1:2 4:14
claim 5:2 16:8
  16:20
clear 4:20
clothes 10:8
comes 12:6
commencement
  10:3
commencing
  2:10
Commission
  18:20
compensatory
  15:23,25 16:2
  16:9 17:9,20
completely 4:24
complied 6:12
  6:24,24 7:21
  8:12,20
comply 7:19
comtemplation
  16:7
concerned 14:24
conclusive 14:18
conduct 5:7 9:16
  13:16 14:23
  16:14,19
confusion 6:10
consequences
  17:16
considerable
  13:14
considered 16:3
  16:24
consistent 15:7
constitute 4:14

continued 7:11
  10:16,21 11:25
contradictory
  5:4,5
control 11:3
controllable
  5:14
cop 11:18,19
  12:21
counsel 18:10,12
course 14:11,14
court 1:1 2:7,9
  2:20 17:8,17
credibility 11:1
cruel 15:10
  16:16
C.S.R 18:19

## D

damages 9:25
  15:21,25 16:2
  16:9,20 17:9
  17:11,18,20,21
date 18:8,21
day 9:24
days 4:19 15:1
deal 9:24
death 4:19
deciding 13:1
decision 4:8
Defendants 1:10
  3:14
defined 15:15
defining 15:8
deliver 11:3
delivering 5:15
described 5:7,10
  5:18 14:7
  15:19 17:3
description 13:7
  13:16
desire 14:21
determination
  16:19
determine 4:23
  13:3 15:20

determined 13:6
  14:5 15:8
different 8:15
difficult 7:15
din 14:6
directions 8:15
  14:4
directives 4:5
discipline 15:14
discussed 16:22
disregarded
  13:18
district 1:1,2 2:9
  17:8,17
docket 4:2
doing 6:9 9:1
door 6:5 10:22
  10:23,23,24

**E**

E 3:2,2 18:1,1
earlier 9:20
East 13:21
either 8:13
elaboration 9:3
employed 5:11
  16:13
employee 18:10
  18:12
ended 11:25
endure 5:16
enforcement
  15:13
engaging 16:14
ensuing 13:9
enter 10:25 17:8
  17:17
entirety 13:17
ESQUIRE 3:5
  3:10,11,12
ESQUIRES 3:4
essentially 5:19
  16:12
established 14:1
  16:8
et 1:9 9:13

everybody 6:7
evidence 5:4
  12:3,23 16:22
  16:23
evil 16:11 17:13
exact 15:25
exaggerated 5:1
  13:8,12
excessive 15:9
  15:17 16:6
exercise 15:14
exerted 5:21
expected 5:16
experienced
  6:11
Expires 18:20
extensive 17:2
extent 4:11,25
  9:16,21,22
  12:19 13:7
extract 14:21

**F**

F 18:1
face 6:7,8,18 7:1
  7:2 8:8,9,11,21
  8:25 9:6,7,11
  9:11 13:13
facial 13:12
fact 14:18 15:12
facts 4:8 15:7
far 14:24
FAUVER 1:9
favor 17:10,19
federally 16:15
felt 11:16
fence 11:11,21
finalized 4:13
finally 11:25
  16:21
financially
  18:13
find 5:1,10 9:15
  9:20 11:1,6
  13:15,17 14:25
  15:4,7 16:9,25

fingers 8:10
first 5:22 6:25
  7:10 8:3,7,23
  8:23 9:13
  13:19,20
five 12:7
floor 7:6,6,6,8
  8:16,20,20,21
  8:21 9:1,10
follow 6:22
following 5:22
follows 6:2
force 6:21 15:9
  15:18 16:6
foregoing 18:5
FORMAROLI
  2:19
forth 4:9 14:14
  18:8
Four 13:21
frankly 17:13
free 16:16
FURTHER 18:9
Furthermore
  15:20

**G**

gain 11:3
gang 11:12,13
  12:17 13:4
gate 11:10
generate 5:12
generated 14:6
George 1:7 4:2
Gerry 2:9
given 5:15 13:17
giving 9:18
  11:17
go 10:24 15:12
grabbed 8:18
  11:10,21
GRIEGEL 3:9
  3:12
ground 7:12
  8:19 9:9
group 6:14 7:3

  7:10,17 8:13
  8:14,23,23
guiding 4:7
guys 6:14 7:3,10
gym 4:21 10:5
  12:1,2 13:1
  14:15

**H**

H 1:9
hall 7:4
HAMILTON
  3:13
handcuffed
  12:10
handcuffs 10:8,9
hands 8:11
  12:11
happened 5:6
  7:22 9:13
harassment 13:2
hard 5:20 9:12
  11:16
head 7:18 8:4
  9:10
hear 7:3 8:1
  13:23 14:9
heard 6:6,6
hereinbefore
  18:8
HIGHWAY
  3:12
hit 6:20 7:1,9 8:9
  8:17,17,18 9:6
  9:7,7 10:13,14
  10:16,18,21
  11:13,13,14,14
  11:14,14,19,24
  12:20,21
hitting 6:16,19
  7:7 11:15,16
hollering 6:4
HONORABLE
  1:21
Horse 2:21
House 2:9

housed 4:17

**I**

imposed 15:18
  16:6
imposition 15:21
incident 5:14
  11:7
incidents 4:22
inconsistent
  5:19 9:18
incurred 17:6
indicate 15:5
indication 14:12
indicia 9:23
indifference
  16:15 17:15
inferences 5:5
inflicted 13:8
  15:5 16:25
inflicting 9:18
infliction 15:10
information
  13:4
initially 17:4
injured 14:11
injuries 4:25
  9:22 13:10
  14:24 15:5
  16:25
inmate 11:4
inmates 4:21
  9:17 14:11,13
inquiries 12:4
instance 17:13
instances 14:1
  15:19,21
instructions
  4:10 14:4
  15:16
intense 15:1
intent 16:12
  17:13
interested 18:13
interlock 8:10
interlocked 8:11

intimidated 5:13
investigation 13:2
involved 5:15 12:17 13:15
issued 4:4
item 16:21

**J**

JAMES 3:11
jeopardy 13:14
Jersey 1:2 2:8,10 2:22 3:6,13 18:5,20
JOHN 1:21
journey 10:4
JUDGE 4:1
jury 4:9,10 15:15
JUSTIN 3:5

**K**

keeping 7:15 9:17 15:24
kept 12:13
kick 7:12
kicked 8:19 9:8 9:9,9,10
kidney 11:17
killer 11:18,19 12:21
kind 12:17 13:11
king 11:22,23 12:5,13,20 13:4 14:22
Kings 12:24
know 6:11,15,15 6:18 8:14,18

**L**

laid 8:9
large 14:2
lasted 15:1
Latin 11:23 12:5 12:13,24 13:4 14:22

law 4:7 15:8,13
LAZZARO 3:9 3:11
led 5:20
left 12:8
legal 16:8
legitimate 15:14
lengthy 5:25
level 16:18
license 2:7
life 6:12
LINDSAY 3:4
line 11:8 12:7
Litigation 1:6
little 7:14
Local 4:13
lockdown 5:17
lockers 6:17
looking 11:3
lost 15:3
lot 6:10
LOUGHRY 3:4 3:5
LOZIER 3:9

**M**

making 17:14
man 13:3
marched 7:24 7:25
marching 7:25 8:1
MARK 3:10
MARKET 3:5
markings 13:13
Master 1:6,21 4:6,16 16:23
Master's 4:6
Mastroianni 2:6 2:19 18:3,19
matter 1:4 2:6 16:20
mattresses 7:8
means 5:15
medical 15:2,6
Mejias 4:10

member 12:5 13:4
mentioned 17:12
message 5:16 11:3
mind 15:24
MO 14:2
moment 16:4
motivated 16:11
motive 16:11 17:13
movement 14:11 14:14

**N**

N 3:2
necessarily 14:9
necessity 15:13
needed 13:5
needs 15:13
neither 18:9,11
Neta 11:23 12:5 12:14
Netta 14:23
never 6:11
nevertheless 13:15
New 1:2 2:8,10 2:22 3:6,13 18:4,20
night 6:9 9:8,13
noise 14:6
noises 13:24
Notary 2:8 18:3 18:20
November 1:15 18:21
number 2:7 4:3 4:18 13:21,22 14:2,13

**O**

O 2:6 18:3,19
occasion 11:6
occurred 11:6 14:18 15:12

officer 4:20 10:12,12,14,15 10:18,22 11:10 11:20 13:19 14:9
officers 6:2 7:5 7:17,22 8:14 9:17 11:2 12:12,25 13:15 15:11 16:10
ombudsmen 13:10
once 9:15 11:2 12:22 13:6 14:20 17:1
open 10:25
opinion/report 1:5 4:4 16:22
opportunity 5:4
Order 4:5,16
ordered 7:18 8:4 8:15
orders 5:22 6:23 9:18
overstatement 9:21

**P**

P 3:2,2
page 5:25 10:2,6 11:8 12:6
pain 14:25 17:6
paragraph 4:15
particular 16:10
particularly 5:3 13:11
parties 18:11
parts 9:4
pass 10:16,17,17 13:5
passed 10:21
PC 3:9
penalogical 15:15
people 14:2 17:16

period 17:6
Pike 2:21
pillow 6:18 7:1,2 7:18 8:4,8,10 8:11
pillows 6:7,8 8:25
place 5:20 14:8 14:23 17:3 18:8
plaintiff 10:1 17:2
PLAINTIFFS 3:7
Plaza 2:9
PM 2:10
point 7:17 11:9
points 9:24
population 12:24
praying 12:11
present 17:4
presented 16:23
presumably 13:5
previously 17:3
principles 4:7 15:8 16:8
prison 1:5 12:16
prisoner 5:20
prisoners 5:13
proceeded 10:12 10:18
proceedings 2:5 4:2
proper 15:13,14
protected 16:16
provide 12:23
Public 2:8 18:3 18:20
pulled 8:17 13:22
pulling 7:7
punched 9:8,10
punishment 9:19 15:10

16:17
**punitive** 15:21
  16:1,20 17:11
  17:18,21
**purpose** 15:15
**pursuant** 4:5
**push** 11:4
**pushed** 10:14
**put** 5:19 6:7,8,17
  7:1,2 8:8,9,25
  10:4,8,9

**Q**

**question** 6:22
  7:13,21 8:3
  9:25
**questions** 11:12
  12:18
**quotes** 5:25

**R**

**R** 3:2 18:1
**ramp** 6:5 10:24
**ran** 6:13,14,16
  7:3,9,9,24 8:22
**ratio** 16:1
**readily** 5:14
**realizing** 15:25
**reckless** 16:15
  17:15
**recommend**
  17:7,16
**recommending**
  15:23 17:19
**record** 5:6,24
**recounts** 4:22
**reference** 4:5,16
  13:9
**regard** 1:4 4:25
  9:21 10:2
**regularly** 13:20
**relative** 18:10,12
**remained** 17:4
**remember** 9:12
**reopening** 4:1
**repeat** 16:5

**repeatedly** 14:5
**replied** 11:24
**report** 4:15 17:8
  17:17
**Reporter** 2:7
  18:4
**Reporting** 2:20
**reports** 13:10
**require** 15:6
**required** 4:15
  16:1
**retaliate** 11:5
**retribution** 5:21
**review** 4:13
**reviewed** 16:24
**ribs** 9:7,8,11
  11:15,16,18
  14:25
**right** 16:16
**ring** 5:8 12:23
**risk** 13:12
**rock** 5:20
**rosaries** 12:12
  12:15,15,16
**ROSELLI** 3:9
  3:10
**Rule** 4:14
**running** 7:4

**S**

**S** 3:2
**sadistic** 15:18
  16:6
**saw** 14:13,16
**screaming** 6:6
  8:1
**screamings**
  13:24
**scrutinized** 5:6
**see** 12:15 14:10
  14:19
**seen** 12:12
**sense** 11:2
**September** 6:1
  13:21
**set** 4:9 5:8,22 7:5

7:22 18:8
**seven** 4:15 11:8
**severe** 15:5
**shift** 13:20,20,22
**shoes** 12:9
**Shorthand** 18:4
**shorts** 12:9
**shots** 11:17
**shoulder** 12:11
**shove** 10:18
  11:20
**shoved** 8:18
  10:10,11,11,22
  10:23
**shower** 12:9
**signs** 13:9
**sir** 7:20
**sitting** 6:25 8:7
**situation** 11:4
  13:17
**slow** 7:14
**SOG** 4:18 5:11
  6:2 9:17 12:24
  13:16 14:2
  15:11 16:10
**SOGs** 6:14 14:7
  14:21
**somewhat** 5:1
**sore** 9:12
**sought** 15:2
**source** 12:4
**South** 2:21
**Special** 1:6,21
  4:6,6,16 16:23
**specifically** 6:15
**sport** 16:12
  17:14
**SQUARE** 3:13
**standard** 14:1
**started** 6:8,16
  7:7 11:11
**Starting** 10:6
**State** 1:5 2:8
  3:12 18:4,20
**stated** 4:24
  14:16

**statements** 4:25
**states** 1:1 2:9 6:2
**steel** 10:23,23
**stenographica...**
  18:7
**step** 7:16,16
**STEVEN** 3:12
**stick** 7:2
**sticks** 6:9 9:8
**stomp** 6:10
**stood** 8:20
**stopped** 12:1
**STREET** 3:5
**struck** 8:4,6,8
  9:5
**stumbled** 10:12
**summarize**
  17:19
**supportable**
  13:17
**supporting**
  12:22
**supports** 5:9
  16:19
**swellings** 13:13
**system** 15:4

**T**

**T** 3:5 18:1,1
**tactics** 16:13
**take** 7:16 14:8
  17:3
**taken** 2:6 18:7
**talking** 8:24
**talks** 11:7
**tattoo** 12:4,10,12
  12:15,19
**tattoos** 12:16
  14:21
**team** 4:18
**techniques** 5:12
  5:17
**tell** 7:11 8:25
  10:10
**telling** 6:6,17
**testified** 10:1

13:23 14:10
  17:2
**testimony** 5:7
  6:1 13:19,25
  18:6
**thereof** 9:23
**Theresa** 2:6 18:3
  18:19
**thing** 11:22
**things** 14:3
**think** 11:19
**thought** 12:14
**threats** 15:3
**three** 4:18,19,22
  11:10 13:22
  14:13,17
**threw** 11:11,21
**throwing** 7:8
**THURSDAY**
  1:15
**tier** 7:10 8:7
**time** 5:15 7:15
  7:25 8:5 11:24
  14:3 17:6 18:7
**told** 8:8,16 9:2
  10:7,9,13
**totally** 8:15
**trailer** 4:17 6:16
  10:25 11:10
  13:21,22 14:13
**transcript** 2:5
  4:14 10:2 12:6
  18:6
**transport** 12:25
**transportation**
  4:21
**tried** 10:13
**true** 18:6
**truth** 5:8 12:23
**try** 5:24 7:15
**trying** 10:15,20

**U**

**underlie** 4:8
**underneath**
  11:17

| | | |
|---|---|---|
| **undertake** 13:1 | **$4,500** 15:24 | **856-968-9201** |
| **undertaken** 15:11 | 17:9,20 | 3:6 |
| **unit** 4:20 7:22 | **$9,000** 17:18,20 | |
| **United** 1:1 2:9 | **0** | |
| **units** 5:11 | **08-0330** 1:2 4:3 | |
| **unnecessary** 15:17 16:6 | **08102** 2:10 3:6 | |
| **unusual** 15:10 16:16 | **08106** 2:22 | |
| **use** 15:9 | **08690** 3:13 | |
| **V** | **1** | |
| **various** 5:11 | **12** 1:15 5:25 | |
| **Videoconfere...** 2:20 | **1337** 3:12 | |
| **visible** 9:23 13:9 13:11,13 | **1997** 4:19 | |
| **vs** 1:8 | **2** | |
| **W** | **2nd** 4:19 13:21 14:17 | |
| **W** 1:21 | **20** 10:2,6 18:21 | |
| **walked** 7:23 | **2009** 1:15 6:1 18:21 | |
| **Walker** 4:10 | **2010** 18:20 | |
| **wall** 6:9 | **22** 11:8 | |
| **wasn't** 6:20 | **251** 2:21 | |
| **way** 11:25 | **29th** 6:1 | |
| **weeks** 15:1 17:5 | **3** | |
| **went** 6:5 | **3:14** 2:10 | |
| **West** 13:22 14:17 | **30X100085700** 2:7 | |
| **we're** 7:14 | **33** 3:12 | |
| **White** 2:21 | **330** 3:5 | |
| **WILLIAM** 1:9 | **5** | |
| **wing** 7:4 8:22 | **5** 18:20 | |
| **wings** 8:2 13:24 | **52.1** 4:14 | |
| **word** 10:4 | **6** | |
| **written** 4:15 | **609-586-2257** 3:13 | |
| **X** | **7** | |
| **XIO857** 18:21 | **70** 12:6 | |
| **Y** | **8** | |
| **Yeah** 6:3 | **856-546-1100** 2:23 | |
| **yell** 14:4 | | |
| **$** | | |